IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **REGINALD WATTS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DEPUTY WARDEN EADDIE,**<br><br>*Defendant.* | **CIVIL ACTION NO.**<br>**5:22-cv-00321-TES-CHW** |

### ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation ("R&R") [Doc. 31], recommending that the Court deny Defendant's Motion to Dismiss [Doc. 21], finding that Plaintiff did exhaust his administrative remedies to the extent they were available. Because the parties did not file any objections, the Court reviews the Recommendation for clear error. *See* 28 U.S.C. § 636(b)(1)(C) *in connection with* Fed. R. Civ. P. 6(a)(1) & (d). Having reviewed the R&R, the Court **ADOPTS** it [Doc. 31] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **DENIES** Defendant's Motion to Dismiss [Doc. 21].

**SO ORDERED**, this 23rd day of February, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**